UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THEODORE R. FENDICK, | ) | Case 5:22-cv-915 |
| | ) | |
| *Plaintiff*, | ) | Hon. Andrew T. Baxter |
| | ) | United States Magistrate Judge |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | Stipulation – Document Filed Electronically |
| *Defendant*. | ) | |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for a new hearing and decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

December 8, 2022                                                                 Respectfully Submitted,

Kilolo Kijakazi,                                                                      Theodore R. Fendick,

By Her Attorneys                                                                 By His Attorney

Carla B. Freedman,                                                             Justin M. Goldstein
United States Attorney

/s/ Natasha Oeltjen                                                             /s/ Justin M. Goldstein[1]
Special Assistant United States Attorney                       Law Office of Kenneth Hiller, PLLC
Office of Program Litigation, Office 2                            6000 North Bailey Avenue, Suite 1A
Office of the General Counsel                                         Amherst, NY 14226
Social Security Administration                                       (716) 564-3288
6401 Security Boulevard                                                  jgoldstein@kennethhiller.com
Baltimore, MD 21235
(617) 565-1849
natasha.oeltjen@ssa.gov

IT IS SO ORDERED:

_____
Andrew T. Baxter
U.S. Magistrate Judge

Dated: 12/12/2022
Syracuse, NY

---

[1] Signed by Natasha Oeltjen with Justin Goldstein's permission.