# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Theodore R. Fendick**
    Plaintiff(s)
  vs.                            **CASE NUMBER: 5:22-cv-915 (ATB)**

**Commissioner of Social Security**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the parties stipulate that the Commissioners final decision be reversed and that this action be remanded to the Commissioner for a new hearing and decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

All of the above pursuant to the order of the Honorable Andrew T. Baxter, dated the 12th day of December, 2022.

DATED: December 12, 2022

_[signature]_
Clerk of Court

                                        s/Kathy Rogers
                                        Deputy Clerk